IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Prewitt Jr, James C

Printed: 1/8/08

Case Number: 07 B 08835
Judge: Hollis, Pamela S

Filed: 5/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,000.00 |  |
| Secured: |  | 11,352.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 648.00 |
| Other Funds: |  | 0.00 |
| Totals: | 12,000.00 | 12,000.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 4. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 13,207.76 | 10,821.56 |
| 7. | Cook County Treasurer | Secured | 3,890.85 | 0.00 |
| 8. | Cook County Treasurer | Secured | 1,720.86 | 0.00 |
| 9. | Cook County Treasurer | Secured | 2,169.99 | 0.00 |
| 10. | HSBC Auto Finance | Secured | 5,124.11 | 530.44 |
| 11. | Chase Manhattan Mortgage Corp | Secured | 14,484.51 | 0.00 |
| 12. | Barclays Capital Real Estate | Secured | 38,144.73 | 0.00 |
| 13. | AMC Mortgage Services Inc | Secured | 1,597.33 | 0.00 |
| 14. | Fremont Investment & Loan | Secured | 820.50 | 0.00 |
| 15. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 16. | AMC Mortgage Services Inc | Secured | 523.04 | 0.00 |
| 17. | Household Bank (SB) N A | Unsecured | 1,815.45 | 0.00 |
| 18. | Capital One | Unsecured | 195.80 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 1,227.96 | 0.00 |
| 20. | United States Dept Of Education | Unsecured | 21,361.69 | 0.00 |
| 21. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 106,284.58 | $ 11,352.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Prewitt Jr, James C | Case Number:  07 B 08835 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  5/15/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 648.00 |
| | _____ |
| | $ 648.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

